OFFICE OF DISCIPLINARY COUNSEL *v.* LASH.

[Cite as *Disciplinary Counsel v. Lash* (1993), 68 Ohio St.3d 12.]

(No. 93–1335—Submitted August 16, 1993—Decided December 8, 1993.)

*Geoffrey Stern,* Disciplinary Counsel, and *Dianna L. Chesley,* Assistant Disciplinary Counsel, for relator.

*Roger M. Synenberg,* for respondent.

---

*Per Curiam.* We agree with the board's findings and its recommendation. Accordingly, respondent is hereby ordered to serve a one-year suspension from the practice of law in Ohio, with such suspension to have begun on February 19, 1992. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.